IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

Vs.                            CASE NO. 4:05CR00241-01 GH

LEROY FRANKLIN, JR.                                                            DEFENDANT

### ORDER

Defendant's motion for bond hearing (docket entry #15) is granted. The hearing is scheduled for **Friday, April 7, 2006,** at **11:00 a.m.** before Magistrate Judge Jerry W. Cavaneau, in Courtroom 305 at the Richard Sheppard Arnold U.S. Courthouse, 600 West Capitol, Little Rock, Arkansas.

IT IS SO ORDERED this 3rd day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE